**RECEIVED**

**03/06/2026**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

**FILED**

**12/18/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

## IN THE UNITED STATES DISTRICT COURT

FOR THE ___Southern___ DISTRICT OF ___Indiana___

_____

(Full name of plaintiff(s))

Brandon M. West

_____

_____

vs

(Full name of defendant(s))

Marion County Sheriff Cole
Trinity Food Services    (ET,AL)
Isaiah Lee (Trinity Worker)
Wellpath Medical

Case Number:

1:26-cv-449-JRS-TAB
_____
(to be supplied by clerk of court)

### A.    PARTIES

1.    Plaintiff is a citizen of ___Indiana___, and is located at

___727 Moon RD Plainfield, IN 46168___

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant ___Isaiah Lee___
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at___727 Moon Rd Plainfield, IN 46168___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for___Trinity Food Service, Marion County Jail___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1.  Who violated your rights;

2.  What each defendant did;

3.  When they did it;

4.  Where it happened; and

5.  Why they did it, if you know.

On 9-27-2024 at approximatley 2:00A.M I was Severly burnt over my entire right foot due to the Negligence of my immediate Supervisor Isaiah Lee whom is employed by Trinity Food Service And Trinity Food Service is under Contract with the Marion County Jail whom is hired by the Marion County Sheriff. I Am Also Naming the Marion County Jail medical

Complaint – 2

Services (wellpath) liable for waiting two full days before I was transported to the Heskenazi hospital in Indianpolis. The doctor at the hospital Leigh L. Spera ordered me to be admitted to the hospital for a skin graph, which she preformed.

My burns on my foot ~~steemmed~~ from my immediate Supervisor Mr. Isaiah Lee realized he didn't have water boiling (for Oatmeal) in the correct "Tilt Skillet" and ordered me to carry 5 gallons of boiling water from one Tilt skillet to the other "Tilt Skillet." I explained to him that doing that was extremely dangerous. He told me to "either carry the boiling water in the buckets or lose my inmate job." The first bucket of boiling water I tried to transport splashed into my right rubber work boot. I tried to kick the boot off however, my skin peeled off doing this. The medical unit was called and I was placed in the infirmary for two days 9-27—9-29, I then was transported to the Eskenazi hospital on the 29th thru the 3rd of October 2024. After returning from the hospital I forwarded (2) grievances to the grievance department at the Jail. One of these

Complaint – 3

#1    Grievances was done on paper the other one was typed on the Tablet (Kiosk). During my stay at the Marion County Jail I reached out to several Law firms to help me in seeking relief for my injuries. I am filing now because I understand the process of seeking Damages. I am seeking Damages from Mr. Isaiah lee in his position as my immediate boss and in a personal capacity, because he knew of the possible Dangers but still ordered me to carry the water in the buckets. I am Also seeking Damages from the Marion County Sheriff because he is responsible for hiring not only Trinity Foods (who Mr. Lee works for) but Also I'm seeking Damages from the Marion County Medical Unit (wellpath) because I sat in the infirmary for ten days in excruciating pain w/out the proper pain management and or treatment. I have also included The Trinity Food Service as a defendant in this matter because they (Trinity) hired and trained Mr. Isaiah lee whose negligence directly caused my injuries. My 8th Amendment Rights were violated during this And because of those violations And the Act of Dilliberet indifferenece has caused me to be scarred for the rest of my life and I have lost a portion of my right foots mobility.

C.   **JURISDICTION**

[X] I am suing for a violation of federal law under U.S.C. § 1331.

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

$_____.

D.   **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I AM Asking for Damages in the Amount of $700,000 for pain AND Suffering.

Complaint – 4

E.  JURY DEMAND

☒  Jury Demand – I want a jury to hear my case

OR

☐  Court Trial – I want a judge to hear my case

Dated this _17_ day of ___December___ 20_25_.

Respectfully Submitted,

X_Brandon West_____

Signature of Plaintiff

____279492_____

Plaintiff's Prisoner ID Number

____727 Moon Rd Plainfield, IN____
____46168_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISCRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5